# United States Court of Appeals

## For the Eighth Circuit

_____

No. 13-3191

_____

Willie Munn

*Plaintiff - Appellant*

v.

Sheriff Butch Morris, Nashville, Howard County, Arkansas - in official capacity
only; Jana Tallant; Bryant Chester, Prosecuting Attorney; La Jana Jones, Public
Defender; James Graves, Prosecuting Attorney

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas - Texarkana

_____

Submitted: May 28, 2014
Filed: June 3, 2014
[Unpublished]

_____

Before BYE, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Former inmate Willie Munn appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 suit following an evidentiary hearing. Upon careful consideration of the issues Munn has identified on appeal, we find no error in the district court's treatment of those issues and thus we find no basis for reversal. The judgment of the district court is affirmed. See 8th Cir. R. 47B.

———————————————

[1]The Honorable Susan O. Hickey, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.